1   HAROLD ROSENTHAL, SBN 68380
    Attorney at Law
2   803 Hearst Avenue
    Berkeley, CA  94710
3   Telephone: (510) 981-1800
    Fax: (510) 981-1821
4
    Attorney for Defendant
5   MICHAEL NORTON

6

7

8
        THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9
                          CALIFORNIA, OAKLAND VENUE
11

11  THE UNITED STATES OF AMERICA,      )   Case No.: No. 07-0683 DLJ
                                        )
12              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
13        vs.                           )   ORDER MODIFYING DEFENDANT'S
                                        )   TERMS AND CONDITIONS OF
14  MICHAEL NORTON,                     )   RELEASE
                                        )
15              Defendant.              )
                                        )
16                                      )
                                        )
17  _____  )

18  TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH
    P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN,
19  ASSISTANT UNITED STATES ATTORNEY:

20

21        The parties hereby stipulate by and between one another that good cause exists to modify

22  the terms and conditions of release set for the defendant Michael Norton so as to allow him to

23  travel to Los Angeles to attend the Natural Products Expo West Trade Show on  March 6,7, and

24  8, 2009, at the Anaheim Convention Center.  Defendant's Preregistration Number for the

25  convention is 169475, registered on October 12, 2008.  The defendant will depart from San

26

27  Francisco International Airport on Jet Blue Flight 1435 on March 5, 2009, which departs at 4:25

28  p.m. and arrives at Long Beach Airport at 5:51 p.m.

    STIPULATION AND [PROPOSED] ORDER
    MODIFYING TERMS AND CONDITIONS OF
    RELEASE

                                        1

1

The defendant would be allowed to travel to Los Angeles on March 5, 2009, where he

2

would stay at the Grand Californian Hotel on the evenings of March 5, 6, 7, and 8, 2009. The

3

hotel reservation number is 1622101070069-001. On March 9, 2009, he would return to San

4

Francisco on Jet Blue Flight Number 1432, departing Long Beach Airport at 9:10 a.m. and

5

arriving at San Francisco International Airport at 10:38 a.m.

6

It is so stipulated.

7

Dated:  March 4, 2009

8

9

_____/s/_____

11

STEPHEN CORRIGAN

11

Attorney for the United States

12

13

Dated: March 4, 2009

14

_____/s/_____

15

HAROLD ROSENTHAL

16

Attorney for MICHAEL NORTON

17

Good cause appearing therefore, it is hereby ORDERED that the modification detailed

18

above occur.

19

20

21

DATED: March 5, 2009      _____

JUDGE OF THE U.S. DISTRICT COURT

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

2