## ~~PROPOSED~~ ORDER/COVER SHEET

**FILED OCT 14 2010**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Donna M. Ryu
U.S. Magistrate Judge

RE: Norton, Michael

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-0683 DLJ

DATE: October 12, 2010

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby
U.S. PRETRIAL SERVICES OFFICER

415-436-7501
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on TUESDAY, 11/2/10 at 9:15 a.m. (Specially Set)

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

10/14/10
DATE

cc: Copy to parties via ECF, Pretrial Services, Frances, Financial